**KYLE & ASSOCS. v. MAHAN**

[359 N.C. 176 (2004)]

KYLE & ASSOCIATES, INC. v. THOMAS MAHAN AND MICHAEL AUTEN

No. 655PA03

(Filed 3 December 2004)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 161 N.C. App. 341, 587 S.E.2d 914 (2003), affirming an order denying a motion to strike a foreign judgment entered 24 September 2002 by Judge Timothy L. Patti in Superior Court, Gaston County. Heard in the Supreme Court 8 November 2004.

*Arthurs & Foltz, by Douglas P. Arthurs, for plaintiff-appellee.*

*Brown & Associates, PLLC, by Donald M. Brown, Jr., for defendant-appellants.*

PER CURIAM.

Affirmed.

Justice NEWBY did not participate in the consideration or decision of this case.